# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No. 8:20-bk-03340-CPM
  Chapter 13

Joseph A. Burgess

      Debtor.
_____/

## TRUSTEE'S MOTION TO DISMISS FOR
## FAILURE TO COMPLY WITH ORDER CONFIRMING PLAN

> **A preliminary hearing in this case will be held on September 6, 2023 at 2:15 *pm* before the Honorable Catherine Peek McEwen, United States Bankruptcy Judge, in Courtroom 8B, Tampa, Florida. Parties may attend the hearing in person, by Zoom, or by telephone. The Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court call at the following number 866-582-6878 by 5:00 p.m. the business day preceding the hearing.**

COMES NOW, JON M. WAAGE, the Chapter 13 Standing Trustee, by and through the undersigned attorney, hereby moves for the entry of an Order of Dismissal, without prejudice, and in support thereof would state as follows:

1. The current Debtor's Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on April 27, 2020.

2. On March 3, 2021, the Court entered an Order Confirming Debtor's Plan. The Order Confirming Plan provided in part that the Debtor must commit all tax returns and refunds to the Plan each year during the applicable plan period beginning with tax year 2020.

3. It appears as though the Debtor has failed to comply with the Order Confirming Plan to provide his 2022 federal income tax return and any refund he might have received. **Failure to turn over the return and any refund may result in a dismissal of your case for failure to comply with the Court Order.**

WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal, without prejudice, together with such other and further relief as the Court deems just and proper.

/s/ Kimberly McIntyre
Kimberly McIntyre, Esquire
Staff Attorney for Chapter 13 Trustee
Florida Bar No. 14123
Post Office Box 25001
Bradenton, Florida 34206-5001
Phone:   (941) 747-4644
Fax:     (941) 750-9266

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss was furnished electronically by CM/ECF services and/or by U.S. Mail to **Joseph A. Burgess**, Debtor, 3023 Willow Avenue, Lakeland, FL 33803-4255 and **Jay M. Weller, Esquire**, Attorney for Debtor, c/o Weller Legal Group, Inc., 25400 US Hwy 19 North, Suite 150, Clearwater, FL 33763 on this 20th day of July, 2023.

/s/ Kimberly McIntyre
Kimberly McIntyre, Esquire

JMW/KRM/ss